# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KENNETH W. HUTCHINS,           ) | |
|                               ) | |
|     Plaintiff,           ) | CIVIL ACTION NO. |
| v.                             ) | |
|                               ) | _____ |
| GLOBE LIFE AND ACCIDENT        ) | |
| INSURANCE COMPANY, a           ) | |
| corporation, LIBERTY NATIONAL  ) | |
| LIFE INSURANCE COMPANY,        ) | |
| et al.,                        ) | |
|                               ) | |
|     Defendants.         ) | |

## DEFENDANTS GLOBE LIFE AND ACCIDENT INSURANCE COMPANY AND LIBERTY NATIONAL LIFE INSURANCE COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a) *et seq.*, Defendants Globe Life and Accident Insurance Company ("Globe") and Liberty National Life Insurance Company ("Liberty National") file this Notice of Removal of the above-styled action to the United States District Court for the Northern District of Alabama, Southern Division, and in support hereof shows as follows:

    1.    On or about April 21, 2011, Plaintiff filed this action styled *Kenneth W. Hutchins v. Globe Life and Accident Insurance Company, et al.*, Civil Action No. CV-2011-900225 in the Circuit Court of Jefferson County, Alabama, Bessemer Division.

2. Defendants Globe and Liberty National were served with the Summons and Complaint on April 29, 2011.

3. Defendant Globe is an Oklahoma corporation with its principal place of business in Oklahoma City, Oklahoma.

4. Defendant Liberty National is a Nebraska corporation with its principal place of business in McKinney, Texas.

5. The Plaintiff and Defendants Globe and Liberty National are citizens of different states.[1]

6. The insurance policy upon which Plaintiff has filed this lawsuit, Policy # 14-T129060 issued by Globe, was issued April 20, 2007 with an accidental death benefit in the amount of $198,000 insuring the life of James W. Hutchins.  On November 22, 2007, the insurance policy was amended to increase the accidental benefit to $223,000.  (Exhibit A)   Although the Plaintiff has failed to allege an amount in controversy, the death benefit sought by him exceeds $75,000, exclusive of interest and costs.  In addition to these compensatory damages, Plaintiff is seeking exemplary damages.

---

[1] There are other "unnamed" Defendants (1 – 12) listed by Plaintiff in the style of his case.  However, Globe and Liberty National note that it is Globe that issued the insurance policy at issue in this case and it does not believe that any other Defendants will ultimately be added to this lawsuit.  Regardless, because Defendants 1-12 have not been identified by Plaintiff, it is not necessary for the removal of the case.

7. As such, this Court has original jurisdiction over this action under 28 U.S.C. § 1332 on the basis of diversity of citizenship.

8. This Notice of Removal is filed within thirty days after receipt of that initial pleading. As such, this action is properly removed pursuant to 28 U.S.C. § 1446(b).

9. A copy of all process, pleadings, orders and other filings made in the Circuit Court of Jefferson County, Alabama, Bessemer Division are attached hereto as Exhibit B.

WHEREFORE, Globe and Liberty National request that the above-styled action now pending against it in the Circuit Court of Jefferson County, Alabama, Bessemer Division be removed therefrom to this Court.

Respectfully submitted,

s/ Donald R. James, Jr.
William J. Baxley - ASB-7219-A59W
bbaxley@baxleydillard.com
Joel E. Dillard - ASB-5418-R62J
jdillard@baxleydillard.com
Donald R. James, Jr. - ASB-4090-M39D
rjames@baxleydillard.com

Attorneys for Defendants
Globe Life and Accident Insurance
Company and Liberty National Life
Insurance Company

OF COUNSEL:

BAXLEY, DILLARD, DAUPHIN,
   MCKNIGHT & JAMES
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: (205) 271-1100
Fax: (205) 271-1108

## CERTIFICATE OF SERVICE

    I hereby certify that I have on the 18th day of May, 2011, filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system that will send notification of such filing to the following:

   Leigh King Fortsman, Esquire
   Pittman, Dutton & Hellums, P.C.
   2001 Park Place North
   1100 Park Place Tower
   Birmingham, Alabama 25203

                                              s/ Donald R. James, Jr.
                                              Donald R. James, Jr.